UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- X
:
STUDENTS AGAINST ANTISEMITISM,   : Case No. 1:24-cv-01306 (VSB)
INC., STANDWITHUS CENTER FOR     :
LEGAL JUSTICE, MILES RUBIN,      : **DECLARATION OF SERVICE**
DANIELLA SYMONDS, ERIN           :
MCNULTY, NOAH MILLER, and        :
VALERIE GERSTEIN,                :
:
        Plaintiffs,              :
:
  -against-                     :
:
THE TRUSTEES OF COLUMBIA         :
UNIVERSITY IN THE CITY OF NEW    :
YORK, and TRUSTEES OF BARNARD    :
COLLEGE,                         :
        Defendants.              :
:
----------------------------------------------------- X

## DECLARATION OF ZACHARY N. JOSEPHS

I, Zachary N. Josephs, hereby declare:

1. I am an associate with the law firm Kasowitz Benson Torres LLP, which represents plaintiffs in the above-captioned action. I am not a party to this action and am over 18 years of age.

2. On February 21, 2024, I caused a copy of the Complaint in this action (ECF No. 1) to be served upon New York Attorney General Letitia A. James via Federal Express at the Office of the Attorney General, 28 Liberty Street, 15th Floor, New York, New York 10005. I received confirmation that the delivery was completed on February 22, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2024
      New York, New York

_____
Zachary N. Josephs