# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

Marc E. Kasowitz
Direct Dial: (212) 506-1710
Direct Fax: (212) 835-5010
MKasowitz@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

**VIA ECF**                                                                                         May 1, 2024

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *Students Against Antisemitism, Inc., et al. v. Trustees of Columbia Univ., et al.*,
             No. 1:24-cv-01306-VSB-SN (S.D.N.Y.)

Dear Judge Netburn:

      We write on behalf of plaintiffs Students Against Antisemitism, Inc., StandWithUs Center for Legal Justice, Miles Rubin, Daniella Symonds, Erin McNulty, Noah Miller, and Valerie Gerstein ("Plaintiffs") in the above action, pursuant to Rule 1(G) of Your Honor's Individual Practices in Civil Cases to request that the Court enter the proposed schedule outlined below.

      Defendants' deadline to respond to Plaintiffs' complaint is May 3, 2024.[1] On April 26, 2024, Plaintiffs advised Defendants that they intended to file an amended complaint and proposed a schedule for their amended complaint, as well as Defendants' responsive pleading and any related briefing. The parties have conferred and agreed to the following schedule, which we hereby propose to Your Honor:

- Plaintiffs' amended complaint due within forty-five (45) days of Your Honor granting this request;
- Defendants' answer or motion to dismiss the amended complaint due thirty (30) days after filing the amended complaint;
- Plaintiffs' opposition due thirty (30) days after filing of any motion to dismiss; and
- Defendants' reply to any opposition brief due twenty-one (21) days after filing of any opposition brief.

---

[1] On March 15, Your Honor granted defendant Trustees of Columbia University's ("Columbia") request, which Plaintiffs consented to, to extend its deadline to respond to Plaintiffs' initial complaint to May 3, 2024, with Plaintiffs' opposition to any motion to dismiss being due on June 7, 2024, and Columbia's reply being due June 24, 2024. *See* ECF No. 23. On April 8, Your Honor granted defendant Trustees of Barnard College's ("Barnard," together with Columbia, "Defendants") request, which Plaintiffs consented to, to extend its deadline to respond to Plaintiffs' initial complaint to May 3, 2024. *See* ECF No. 31.

The Honorable Sarah Netburn
May 1, 2024
Page 2

Respectfully,

Marc E. Kasowitz