UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STUDENTS AGAINST ANTISEMITISM, INC., STANDWITHUS CENTER FOR LEGAL JUSTICE, MILES RUBIN, DANIELLA SYMONDS, ERIN MCNULTY, NOAH MILLER, VALERIE GERSTEIN, KATIANA ARYEH, LAURA BELLOWS, LEMONY DAVID, JOHN DOE, CHAYA DROZNIK, LEO ELKINS, SAMUEL FRIEDMAN, MAYA GAL, AYELET GLASER, MICHAEL GROSS, JARED HARNICK, GABRIEL KAHANE, TALIA KESSELMAN, ELI MIZRAHI-AKS, OMER NAUER, AMIEL NELSON, GABRIEL NELSON, MOLLY NELSON, MARC NOCK, AVA QUINN, TALIA RABBAN, JANE ROE, SOPHIE RUKEYSER, ALIZA RUTTENBERG, EMILY SANDLER, ANDREW STEIN, JONATHAN SWILL, RAFAEL VANUNO, XAVIER WESTERGAARD, EDEN YADEGAR, and LILY ZUCKERMAN, <br><br>          Plaintiffs,<br><br>  -against-<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, and BARNARD COLLEGE,<br><br>          Defendants. | Case No. 1:24-cv-01306-VSB-SN<br><br>**NOTICE OF PLAINTIFFS JOHN DOE AND JANE ROE'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS** |

---

**PLEASE TAKE NOTICE THAT** upon the accompanying memorandum of law, plaintiffs John Doe and Jane Roe will move this Court for an order permitting John Doe and Jane Roe to proceed under pseudonyms in this action, and to seal any of John Doe and Jane Roe's

identifying information contained in the Amended Complaint and any future filings in the above-captioned action.

Dated:   June 17, 2024
         New York, New York

                                              Respectfully submitted,

                                              KASOWITZ BENSON TORRES LLP

                                              By:   */s/ Marc E. Kasowitz*
                                                        Marc E. Kasowitz
                                                         Daniel R. Benson
                                                         Mark P. Ressler
                                                         Andrew L. Schwartz
                                                         Joshua E. Roberts
                                                         Jillian R. Roffer
                                                         Brittany F. Alzfan
                                                         Zachary N. Josephs
                                                         1633 Broadway
                                                         New York, New York 10019
                                                         Tel:  (212) 506-1700

                                             *Attorneys for Plaintiffs*