UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STUDENTS AGAINST ANTISEMITISM, INC.,
et al.,

                  Plaintiffs,         24-CV-1306 (VSB)(SN)

    -against-                          ORDER

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, et al.,

                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Plaintiffs filed a motion for leave to proceed under pseudonyms on June 17, 2024. To date, the Defendants have not opposed or otherwise responded to the motion. The Defendants shall file an opposition, if any, by July 2, 2024. If the Defendants do not oppose the motion, it will be deemed unopposed and ready for disposition.

**SO ORDERED.**

                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:     June 27, 2024
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2024