UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STUDENTS AGAINST ANTISEMITISM, INC.,
et al.,

                Plaintiffs,

    -against-

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------X

24-CV-1306 (VSB)(SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

    On the Defendants' consent, the Plaintiffs' motion for leave to proceed under pseudonyms is GRANTED on an interim basis.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 8, 2024
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2024