

O'Melveny & Myers LLP
1301 Avenue of the Americas
17th floor
New York, NY 10019

T: +1-212-326-2000
F: +1-212-326-2061
omm.com

July 12, 2024

**Anton Metlitsky**
D: (212) 326-2000
ametlitsky@omm.com

**BY ECF**

Honorable Sarah Netburn
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

**Re:** ***Students Against Antisemitism, et al. v. The Trustees of Columbia University in the City of New York and Barnard College,* Case No. 1:24-cv-01306-VSB-SN**

Dear Magistrate Judge Netburn:

We represent Barnard College ("Barnard") in the above-captioned matter. Pursuant to Section 1.G of Your Honor's Individual Rules & Practices in Civil Cases, we respectfully submit this letter-motion to request that the Court grant a five-day extension to the current pleading deadlines and grant an enlargement of the page limits for these filings.

Plaintiffs filed their amended complaint on June 17, 2024. (ECF 39) Per this Court's order entered May 2, 2024, Defendants' deadline to answer or move to dismiss the amended complaint is currently July 17, 2024; Plaintiffs' deadline to file an opposition to any motion to dismiss is currently August 16, 2024; and Defendants' deadline to file any reply is currently September 6, 2024. (ECF 38) The parties have met and conferred and agreed to extend each deadline by five days:

- Defendants' answers or motions to dismiss the amended complaint due July 22, 2024;
- Plaintiffs' oppositions due August 21, 2024;
- Defendants' replies due September 11, 2024.

This is Defendants' first request for an extension of time to respond to the amended complaint.

In addition, the parties have agreed to the following page limits: Barnard will have 40 pages for its brief in support of any motion to dismiss and Plaintiffs will have 40 pages for their brief in opposition. The Trustees of Columbia University in the City of New York will have 50 pages for its brief in support of any motion to dismiss and Plaintiffs will have 50 pages for their brief in opposition. Plaintiffs reserve the right to file



an omnibus brief in opposition of up to 90 pages. The parties have further agreed to meet and confer regarding the length of any reply briefs after the opposition briefs are filed. These page limits are necessary to fully respond to the allegations in the amended complaint.

Sincerely,

*/s/ Anton Metlitsky*

Anton Metlitsky
Jennifer B. Sokoler
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
17th floor
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: ametlitsky@omm.com
jsokoler@omm.com

*Counsel for Barnard College*