

Kaplan Martin LLP
156 W 56th St, Suite 207
New York, NY 10019

(212) 316-9500
rkaplan@kaplanmartin.com

August 1, 2024

BY CM/ECF

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

    Re:    *Students Against Antisemitism, Inc., et al. v. The Trustees of Columbia University in the City of New York, et al.*,
            No. 1:24-cv-01306 (VB) (SN) (S.D.N.Y.)

Dear Judge Broderick:

      We write on behalf of Defendant Columbia University in the above-captioned case to notify Your Honor of a recent decision issued earlier this week by Judge Stearns in the District of Massachusetts in the Title VI case against MIT, *StandWithUs Center for Legal Justice et al. v. Massachusetts Institute of Technology*, No. 24-cv-10577 (RGS), ECF 53 (July 30, 2024). In his decision, Judge Stearns discusses issues that we raise in our memorandum of law in support of our motion to dismiss. *See, e.g.*, ECF 53 at 11-14 (Title VI); *id.* at 14-16 (Section 1986). A copy of the decision is attached.

Respectfully submitted,

Roberta A. Kaplan

cc:    All counsel of record