

Kaplan Martin LLP
156 West 56th Street, Suite 207
New York, NY 10019

(212) 316-9500
rkaplan@kaplanmartin.com

August 7, 2024

**BY CM/ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

        Re:    *Students Against Antisemitism, Inc., et al. v. The Trustees of Columbia University in the City of New York, et al.*,
               No. 1:24-cv-01306 (VB) (SN) (S.D.N.Y.)

Dear Judge Broderick:

      We write on behalf of Defendant Columbia University in the above-captioned case in the interest of completeness to notify Your Honor of a recent decision issued yesterday by Judge Stearns in the District of Massachusetts in the Title VI case against Harvard University, *Kestenbaum et al. v. President and Fellows of Harvard College*, No. 24-cv-10092 (RGS), ECF 93 (Aug. 6, 2024). A copy of the decision is attached.

                                                   Respectfully submitted,

                                                   Roberta A. Kaplan

cc:    All counsel of record