UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

STUDENTS AGAINST ANTISEMITISM, INC., et al.,

                      **Plaintiffs,**

      -against-

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, et al.,

                      **Defendants.**

----------------------------------------------------------------X

24-CV-1306 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference if they believe it would be productive. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:     September 13, 2024
               New York, New York