# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| Marc E. Kasowitz<br>Direct Dial: (212) 506-1710<br>Direct Fax: (212) 835-5010<br>MKasowitz@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | ATLANTA<br>HOUSTON<br>LOS ANGELES<br>MIAMI<br>NEWARK<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON DC |

**VIA ECF**                                                                                                November 14, 2024

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

      Re:    *Students Against Antisemitism, Inc., et al. v. Trustees of Columbia Univ., et al.*,
               No. 1:24-cv-01306-VSB-SN (S.D.N.Y.)

Dear Judge Broderick:

      We write on behalf of Plaintiffs in the above-captioned action to inform the Court of the recent report published on October 31, 2024 by the Committee on Education and the Workforce, U.S. House of Representatives ("Committee") entitled "Antisemitism on College Campuses Exposed" ("Report").[1]  For the Court's reference, the sections of the Report referring to Defendants are available at pages 1-3, 8, 18-24, 31-33, 48-64, 81-82, 88-106, and 113-118.

      The Report, which concludes that "[l]eaders at [] Columbia . . . have clearly demonstrated a deliberate indifference by staying silent in the face of antisemitism and refusing to support their Jewish communities in the face of hatred, in contrast to past support for other minority groups [and that]  Universities that violate their Title VI obligations in such a manner should be held accountable" (Ex. A at 57), is relevant to the parties' arguments on Columbia's Motion to Dismiss (ECF No. 61) and Barnard's Motion to Dismiss (ECF No. 65) and opposition thereto (ECF No. 72).  In addition to the hundreds of allegations in the Complaint, the Report exposed additional civil rights violations against Jewish and Israeli students.  For example, the "Key Findings" in the Report, which include "Columbia's leaders offered greater concessions to encampment organizers than they publicly acknowledged[,]" "the Columbia administration failed to correct false narratives of a 'chemical attack' that were used to vilify Jewish students, but imposed disproportionate discipline on the Jewish students involved[,]" "Columbia's University Senate obstructed plans to discipline students involved in the takeover of Hamilton Hall[,]" and "Columbia's leaders

---

[1] A copy of the report is attached as Exhibit A and is available at https://edworkforce.house.gov/uploadedfiles/ 10.30.24_committee_on_education_and_the_workforce_republican_staff_report_-_antisemitism_on_college_ campuses_exposed.pdf.  The Court can take judicial notice of this document as it is publicly available from the Committee.  *See In re Chantix (Varenicline) Mktg., Sales Pracs. & Prod. Liab. Litig. (No. II)*, 2024 WL 2784234, at *5 (S.D.N.Y. May 28, 2024) (taking judicial notice of statements on the Food and Drug Administration's website).  The appendices to the Report are attached as Exhibits B-D.

The Honorable Vernon S. Broderick
November 14, 2024
Page 2

expressed contempt for congressional oversight of campus antisemitism[,]" were based on documents produced to the Committee.  (Ex. A at 2-3.)

                                                                             Respectfully,

                                                                             Marc E. Kasowitz