KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

MARC E. KASOWITZ
DIRECT DIAL: (212) 506-1710
DIRECT FAX: (212) 835-5010
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

**VIA ECF**                                                                                                                 December 24, 2024

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

      Re:    *Students Against Antisemitism, Inc., et al. v. Trustees of Columbia Univ., et al.*,
             No. 1:24-cv-01306-VSB-SN (S.D.N.Y.)

Dear Judge Broderick:

      We write on behalf of Plaintiffs in the above-captioned action to notify Your Honor of a recent decision issued by Judge Hardy in the Western District of Pennsylvania in *Canaan v. Carnegie Mellon University*, Case No. 2:23-cv-02107-WSH (W.D. Pa. Dec. 17, 2024), ECF No. 40 (attached as Exhibit A).

                                      Respectfully,

                                        Marc E. Kasowitz

cc: All Counsel of Record (via ECF)