# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| Marc E. Kasowitz<br>Direct Dial: (212) 506-1710<br>Direct Fax: (212) 835-5010<br>MKasowitz@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | ATLANTA<br>HOUSTON<br>LOS ANGELES<br>MIAMI<br>NEWARK<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON DC |

**VIA ECF**                                                                                                December 24, 2024

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

        Re:    *Students Against Antisemitism, Inc., et al. v. Trustees of Columbia Univ., et al.*,
              No. 1:24-cv-01306-VSB-SN (S.D.N.Y.)

Dear Judge Broderick:

        We write on behalf of Plaintiffs in the above-captioned action to inform the Court of the recent report published on December 18, 2024 by the U.S. House of Representatives entitled "Staff Report on Antisemitism" ("Report").[1] For the Court's reference, the sections of the Report referring to Defendants are available at pages 5-6, 8, 9-10, 11-13, 14, 15, 17, 20-22, 25-26, 27, and 39.

        The Report, which concludes that "Columbia stands out for its egregious failure to combat antisemitism on its campus, despite its president acknowledging that the University was in violation of its Title VI obligations" (Ex. A at 5), is relevant to the parties' arguments on Columbia's Motion to Dismiss (ECF No. 61) and Barnard's Motion to Dismiss (ECF No. 65) and opposition thereto (ECF No. 72). In addition to the hundreds of allegations in the First Amended Complaint, the Report exposed additional civil rights violations against Jewish and Israeli students. For example, the Report's findings include there was an "extensive pattern of Columbia's failures to enforce University rules to address antisemitic conduct[,]" (Ex. A at 6) and that Columbia's "fecklessness led to the criminal takeover of a campus building[,]" (Ex. A at 8).

                                                                                Respectfully,

                                                                                Marc E. Kasowitz

---

[1] A copy of the report is attached as Exhibit A and is available at https://www.speaker.gov/wp-content/uploads/2024/12/House-Antisemitism-Report.pdf. The Court can take judicial notice of this document as it is publicly available from the U.S. House of Representatives. *See In re Chantix (Varenicline) Mktg., Sales Pracs. & Prod. Liab. Litig. (No. II)*, 2024 WL 2784234, at *5 (S.D.N.Y. May 28, 2024) (taking judicial notice of statements on the Food and Drug Administration's website).