

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(917) 868-4342
rkaplan@kaplanmartin.com

January 7, 2025

**VIA CM/ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

      Re:    *Students Against Antisemitism, Inc., et al. v. The Trustees of Columbia University in the City of New York, et al.*, No. 1:24-cv-01306 (VB) (SN) (S.D.N.Y.)

Dear Judge Broderick:

    We write on behalf of Defendant Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned case to notify Your Honor of two more post-briefing decisions, both from the Eastern District of Pennsylvania (copies attached).

    The first, issued January 3, 2025 by Judge Goldberg of the Eastern District of Pennsylvania, stayed discovery in the Title VI case against the University of Pennsylvania. *Eyal Yakoby*, *et al. v. The Trustees of the University of Pennsylvania*, No. 2:23-cv-04789 (MSG), ECF 64 (Jan. 3, 2025). The second, issued yesterday by Judge McHugh in the Eastern District of Pennsylvania, dismissed Title VI claims similar to those asserted by Plaintiffs here against Haverford College. *Ally Landau, et al. v. The Corporation of Haverford College*, No. 2:24-cv-02044 (GAM), ECF 33 (Jan. 6, 2025).

    Given the number of decisions that have come down since briefing was completed on Columbia's motion to dismiss on September 11, 2024, we think it is important for the parties to have an opportunity to discuss these decisions with the Court at an in-person oral argument on Columbia's motion.

                                        Respectfully submitted,

                                        Roberta A. Kaplan

cc:    All counsel of record
       The Honorable Sarah Netburn