UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDENTS AGAINST ANTISEMITISM, INC., STANDWITHUS CENTER FOR LEGAL JUSTICE, MILES RUBIN, DANIELLA SYMONDS, ERIN MCNULTY, NOAH MILLER, VALERIE GERSTEIN, KATIANA ARYEH, LAURA BELLOWS, LEMONY DAVID, JOHN DOE, CHAYA DROZNIK, LEO ELKINS, SAMUEL FRIEDMAN, MAYA GAL, AYELET GLASER, MICHAEL GROSS, JARED HARNICK, GABRIEL KAHANE, TALIA KESSELMAN, ELI MIZRAHI-AKS, OMER NAUER, AMIEL NELSON, GABRIEL NELSON, MOLLY NELSON, MARC NOCK, AVA QUINN, TALIA RABBAN, JANE ROE, SOPHIE RUKEYSER, ALIZA RUTTENBERG, EMILY SANDLER, ANDREW STEIN, JONATHAN SWILL, RAFAEL VANUNO, XAVIER WESTERGAARD, EDEN YADEGAR, and LILY ZUCKERMAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, and TRUSTEES OF BARNARD COLLEGE,<br><br>*Defendants*. | No. 1:24-cv-01306 |

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

I, Rachel H. Simon, declare under penalty of perjury pursuant to 18 U.S.C. § 1746 as follows:

1. On July 22, 2024, I filed a Notice of Appearance (ECF 59) on behalf of Defendant Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action.

2. As of January 31, 2025, I will no longer be affiliated with Hecker Fink LLP. Therefore, pursuant to Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Columbia.

3. Columbia shall continue to be represented by remaining counsel of record from Hecker Fink LLP. This withdrawal will not affect this action in any way, nor will this withdrawal prejudice Plaintiffs. I am not asserting a retaining or charging lien.

Dated: January 31, 2025
New York, New York

Respectfully submitted,

/s/ Rachel H. Simon
Rachel H. Simon
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
rsimon@heckerfink.com