# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

MARC E. KASOWITZ
DIRECT DIAL: (212) 506-1710
DIRECT FAX: (212) 835-5010
MKasowitz@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

**<u>VIA ECF</u>**                                                                     February 6, 2025

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

>       Re:      *Students Against Antisemitism, Inc., et al. v. Trustees of Columbia Univ., et al.*,
>                No. 1:24-cv-01306-VSB-SN (S.D.N.Y.)

Dear Judge Broderick:

We write on behalf of Plaintiffs in the above-captioned action to notify Your Honor of a recent decision issued by Judge Cronan in *Gartenberg et. al. v. Cooper Union for the Advancement of Science and Art*, Case No. 1:24-cv-02669-JPC (S.D.N.Y. Feb. 5, 2025), ECF No. 39 (attached as Exhibit A).

Respectfully,

Marc E. Kasowitz

cc: All Counsel of Record (via ECF)