UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
::
STUDENTS AGAINST ANTISEMITISM, :
INC., STANDWITHUS CENTER FOR : Case No. 1:24-cv-01306-VSB-SN
LEGAL JUSTICE, MILES RUBIN, :
DANIELLA SYMONDS, ERIN :
MCNULTY, NOAH MILLER, VALERIE :
GERSTEIN, KATIANA ARYEH, LAURA :
BELLOWS, LEMONY DAVID, JOHN :
DOE, CHAYA DROZNIK, LEO ELKINS, :
SAMUEL FRIEDMAN, MAYA GAL, :
AYELET GLASER, MICHAEL GROSS, :
JARED HARNICK, GABRIEL KAHANE, :
TALIA KESSELMAN, ELI MIZRAHI-AKS, :
OMER NAUER, AMIEL NELSON, :
GABRIEL NELSON, MOLLY NELSON, :
MARC NOCK, AVA QUINN, TALIA :
RABBAN, JANE ROE, SOPHIE :
RUKEYSER, ALIZA RUTTENBERG, :
EMILY SANDLER, ANDREW STEIN, :
JONATHAN SWILL, RAFAEL VANUNO, :
XAVIER WESTERGAARD, EDEN :
YADEGAR, and LILY ZUCKERMAN, :
:
:
Plaintiffs, :
:
v. :
:
THE TRUSTEES OF COLUMBIA :
UNIVERSITY IN THE CITY OF NEW :
YORK, and BARNARD COLLEGE, :
:
Defendants. :
:
------------------------------------------------------- X

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4(b), Mark P. Ressler, an

attorney for Plaintiffs in the above-captioned action, hereby moves to withdraw his appearance

2

as an attorney of record. Plaintiffs will continue to be represented by remaining counsel of record from Kasowitz Benson Torres LLP.

Dated: March 5, 2025　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark P. Ressler*
　　　　　　　　　　　　　　　　　　　　　　　Mark P. Ressler
　　　　　　　　　　　　　　　　　　　　　　　Kasowitz Benson Torres LLP
　　　　　　　　　　　　　　　　　　　　　　　1633 Broadway
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　　　Tel.: (212) 506-1700
　　　　　　　　　　　　　　　　　　　　　　　mressler@kasowitz.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*