# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| MARC E. KASOWITZ<br>DIRECT DIAL: (212) 506-1710<br>DIRECT FAX: (212) 835-5010<br>MKasowitz@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | ATLANTA<br>HOUSTON<br>LOS ANGELES<br>MIAMI<br>NEWARK<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON DC |

**VIA ECF**                                                                                                           May 7, 2025

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

      Re:    *Students Against Antisemitism, Inc., et al. v. Trustees of Columbia Univ., et al.*,
                 No. 1:24-cv-01306-VSB-SN (S.D.N.Y.)

Dear Judge Broderick:

      We write on behalf of Plaintiffs in the above-captioned action to notify Your Honor of a recent decision issued by Judge James Donato in the Northern District of California in *The Louis D. Brandeis Center, Inc. et al. v. Regents of the University of California et al.*, Case No. 3:23-cv-06133-JD (N.D. Cal. Mar. 31, 2025), ECF No. 107 (attached as Exhibit A). Judge Donato's ruling addresses Title VI claims on the second page of the Order.

                                                                                                Respectfully,

                                                                                                Marc E. Kasowitz

cc: All Counsel of Record (via ECF)