UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDENTS AGAINST ANTISEMITISM, INC., STANDWITHUS CENTER FOR LEGAL JUSTICE, MILES RUBIN, DANIELLA SYMONDS, ERIN MCNULTY, NOAH MILLER, VALERIE GERSTEIN, KATIANA ARYEH, LAURA BELLOWS, LEMONY DAVID, JOHN DOE, CHAYA DROZNIK, LEO ELKINS, SAMUEL FRIEDMAN, MAYA GAL, AYELET GLASER, MICHAEL GROSS, JARED HARNICK, GABRIEL KAHANE, TALIA KESSELMAN, ELI MIZRAHI-AKS, OMER NAUER, AMIEL NELSON, GABRIEL NELSON, MOLLY NELSON, MARC NOCK, AVA QUINN, TALIA RABBAN, JANE ROE, SOPHIE RUKEYSER, ALIZA RUTTENBERG, EMILY SANDLER, ANDREW STEIN, JONATHAN SWILL, RAFAEL VANUNO, XAVIER WESTERGAARD, EDEN YADEGAR, and LILY ZUCKERMAN, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, and TRUSTEES OF BARNARD COLLEGE, <br><br> *Defendants.* | No. 1:24-cv-01306 (VSB) |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4(b), J. Patrick Hornbeck, an attorney for Defendant Trustees of Columbia University in the City of New York ("Columbia") in the above-titled action, hereby moves to withdraw his appearance as an attorney of record. As of May 15, 2025, J. Patrick Hornbeck will no longer be affiliated with Hecker Fink LLP. Columbia will continue to be represented by remaining counsel of record from Hecker Fink LLP.

| | |
|---|---|
| Dated: Washington, D.C.<br>      May 15, 2025 | Respectfully submitted,<br><br>/s/ *J. Patrick Hornbeck*<br>J. Patrick Hornbeck<br>HECKER FINK LLP<br>1050 K Street, NW, Suite 1040<br>Washington, D.C. 20001<br>Telephone: (212) 763-0883<br>phornbeck@heckerfink.com |