

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
btrice@kaplanmartin.com

June 2, 2025

**VIA CM/ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

    Re:    *Students Against Antisemitism, Inc., et al. v. The Trustees of Columbia University in the City of New York, et al.*, No. 24 Civ. 1306 (VB) (SN) (S.D.N.Y.)

Dear Judge Broderick:

    We write on behalf of Defendant Trustees of Columbia University in the City of New York ("Columbia") in the above-referenced case to notify Your Honor of a recent decision out of the Eastern District of Pennsylvania (copy attached). Today, Judge Goldberg of the Eastern District of Pennsylvania dismissed plaintiffs' Title VI claims, breach of contract claims, and claims under Pennsylvania laws brought by Jewish students and Students Against Antisemitism, represented by the same counsel as in the instant case, against the University of Pennsylvania. *Eyal Yakoby, et al. v. The Trustees of the University of Pennsylvania*, No. 2:23-cv-04789 (MSG), ECF 72 (June 2, 2025). The dismissal of the Title VI and breach of contract claims was with leave to amend.

                                      Respectfully submitted,

                                        D. Brandon Trice

cc:    All counsel of record
        The Honorable Sarah Netburn