

O'Melveny & Myers LLP  
1301 Avenue of the Americas  
17th floor  
New York, NY 10019

T: +1-212-326-2000  
F: +1-212-326-2061  
omm.com

**Jennifer B. Sokoler**  
D: (212) 326-2000  
jsokoler@omm.com

June 3, 2025

**BY ECF**

The Honorable Vernon S. Broderick  
United States District Court  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square, Room 415  
New York, NY 10007

Re: *Students Against Antisemitism, Inc., et al. v. The Trustees of Columbia University in the City of New York and Barnard College,* Case No. 1:24-cv-01306-VSB-SN

Dear Judge Broderick:

We write on behalf of Defendant Barnard College ("Barnard" or the "College") in the above-referenced case to notify Your Honor of a recent decision out of the Eastern District of Pennsylvania (copy attached) dismissing Title VI, breach of contract, and state law claims brought by individual Jewish students and Students Against Antisemitism against the University of Pennsylvania. *Eyal Yakoby*, *et al. v. The Trustees of the University of Pennsylvania*, No. 2:23-cv-04789 (MSG), ECF 72 (June 2, 2025). The dismissal of the Title VI and breach of contract claims was with leave to amend. The plaintiffs in this case are represented by the same counsel as in the above-referenced case, and the pleadings bring similar claims based on a similar fact pattern.

Sincerely,

*/s/ Jennifer B. Sokoler*  
Jennifer B. Sokoler  
Anton Metlitsky  
O'MELVENY & MYERS LLP  
1301 Avenue of the Americas  
17th floor  
New York, NY 10019  
Telephone: (212) 326-2000  
Facsimile: (212) 326-2061  
E-mail: jsokoler@omm.com  
ametlitsky@omm.com

Austin • Century City • Dallas • Houston • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC  
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo



*Counsel for Barnard College*

cc: All counsel of record
The Honorable Sarah Netburn