# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

MARC E. KASOWITZ
DIRECT DIAL: (212) 506-1710
DIRECT FAX: (212) 835-5010
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

**VIA ECF**  June 5, 2025

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

    Re:    *Students Against Antisemitism, Inc., et al. v. Trustees of Columbia Univ., et al.*,
            No. 1:24-cv-01306-VSB-SN (S.D.N.Y.)

Dear Judge Broderick:

    We write on behalf of Plaintiffs in the above-captioned action to inform the Court of the finding by the U.S. Department of Education's Office for Civil Rights that Columbia "is in violation of federal antidiscrimination laws and therefore fails to meet the standards for accreditation set by [Middle States Commission on Higher Education]." (Ex. A.)[1] U.S. Secretary of Education Linda McMahon explained: "After Hamas' October 7, 2023, terror attack on Israel, Columbia University's leadership *acted with deliberate indifference towards the harassment of Jewish students on its campus*. This is not only immoral, but also unlawful." (*Id*. (emphasis added).)

                                                Respectfully,

                                                Marc E. Kasowitz

cc: All Counsel of Record (via ECF)

---

[1] The press release is attached as Exhibit A: https://www.ed.gov/about/news/press-release/us-department-of-education-notifies-columbia-universitys-accreditor-of-columbias-title-vi-violation. The Court can take judicial notice of this document as it is publicly available from the Department of Education's website. *See In re Chantix (Varenicline) Mktg., Sales Pracs. & Prod. Liab. Litig. (No. II)*, 2024 WL 2784234, at *5 (S.D.N.Y. May 28, 2024) (taking judicial notice of statements on the Food and Drug Administration's website).