UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
:
STUDENTS AGAINST ANTISEMITISM, : Case No. 1:24-cv-01306-VSB-SN
INC., STANDWITHUS CENTER FOR :
LEGAL JUSTICE, MILES RUBIN, :
DANIELLA SYMONDS, ERIN :
MCNULTY, NOAH MILLER, VALERIE :
GERSTEIN, KATIANA ARYEH, LAURA :
BELLOWS, LEMONY DAVID, JOHN :
DOE, CHAYA DROZNIK, LEO ELKINS, :
SAMUEL FRIEDMAN, MAYA GAL, :
AYELET GLASER, MICHAEL GROSS, :
JARED HARNICK, GABRIEL KAHANE, :
TALIA KESSELMAN, ELI MIZRAHI-AKS, :
OMER NAUER, AMIEL NELSON, :
GABRIEL NELSON, MOLLY NELSON, :
MARC NOCK, AVA QUINN, TALIA :
RABBAN, JANE ROE, SOPHIE :
RUKEYSER, ALIZA RUTTENBERG, :
EMILY SANDLER, ANDREW STEIN, :
JONATHAN SWILL, RAFAEL VANUNO, :
XAVIER WESTERGAARD, EDEN :
YADEGAR, and LILY ZUCKERMAN, :
:
           Plaintiffs, :
:
    v. :
:
THE TRUSTEES OF COLUMBIA :
UNIVERSITY IN THE CITY OF NEW :
YORK, and BARNARD COLLEGE, :
:
           Defendants. :
:
------------------------------------------------------- X

**NOTICE OF CHANGE OF FIRM NAME**

TO:   The Clerk of Court and All Parties of Record:

   PLEASE TAKE NOTICE THAT Kasowitz Benson Torres LLP has changed its name to Kasowitz LLP as of June 25, 2025. The firm and its lawyers' addresses, e-mail addresses, phone

2

numbers and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated: June 30, 2025
New York, New York

KASOWITZ LLP

By: */s/ Marc E. Kasowitz*
Marc E. Kasowitz
Andrew L. Schwartz
Joshua E. Roberts
Jillian R. Roffer
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
mkasowitz@kasowitz.com
aschwartz@kasowitz.com
jroberts@kasowitz.com
jroffer@kasowitz.com

*Attorneys for Plaintiffs*