UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
:
STUDENTS AGAINST ANTISEMITISM, : Case No. 1:24-cv-01306-VSB-SN
INC., STANDWITHUS CENTER FOR :
LEGAL JUSTICE, MILES RUBIN, :
DANIELLA SYMONDS, ERIN :
MCNULTY, NOAH MILLER, VALERIE : **STIPULATION OF DISMISSAL**
GERSTEIN, KATIANA ARYEH, LAURA : **WITH PREJUDICE AS TO**
BELLOWS, LEMONY DAVID, JOHN : **BARNARD COLLEGE**
DOE, CHAYA DROZNIK, LEO ELKINS, :
SAMUEL FRIEDMAN, MAYA GAL, :
AYELET GLASER, MICHAEL GROSS, :
JARED HARNICK, GABRIEL KAHANE, :
TALIA KESSELMAN, ELI MIZRAHI-AKS, :
OMER NAUER, AMIEL NELSON, :
GABRIEL NELSON, MOLLY NELSON, :
MARC NOCK, AVA QUINN, TALIA :
RABBAN, JANE ROE, SOPHIE :
RUKEYSER, ALIZA RUTTENBERG, :
EMILY SANDLER, ANDREW STEIN, :
JONATHAN SWILL, RAFAEL VANUNO, :
XAVIER WESTERGAARD, EDEN :
YADEGAR, and LILY ZUCKERMAN, :
:
:
        Plaintiffs, :
:
    v. :
:
THE TRUSTEES OF COLUMBIA :
UNIVERSITY IN THE CITY OF NEW :
YORK, and BARNARD COLLEGE, :
:
        Defendants. :
:
------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Students Against

Antisemitism, Inc., StandWithUs Center for Legal Justice, Miles Rubin, Daniella Symonds, Erin

McNulty, Noah Miller, Valerie Gerstein, Katiana Aryeh, Laura Bellows, Lemony David, John

Doe, Chaya Droznik, Leo Elkins, Samuel Friedman, Maya Gal, Ayelet Glaser, Michael Gross,

Jared Harnick, Gabriel Kahane, Talia Kesselman, Eli Mizrahi-Aks, Omer Nauer, Amiel Nelson, Gabriel Nelson, Molly Nelson, Marc Nock, Ava Quinn, Talia Rabban, Jane Roe, Sophie Rukeyser, Aliza Ruttenberg, Emily Sandler, Andrew Stein, Jonathan Swill, Rafael Vanuno, Xavier Westergaard, Eden Yadegar, and Lily Zuckerman, (collectively "Plaintiffs"), on the one hand, and defendant Barnard College, on the other, by and through their undersigned counsel, hereby stipulate that all claims and defenses asserted therein by Plaintiffs against defendant Barnard College, be dismissed with prejudice, and that defendant Barnard College be dismissed from this action.

3

IT IS SO STIPULATED AND AGREED TO THIS 7TH DAY OF JULY, 2025.

| KASOWITZ LLP | O'MELVENY & MYERS LLP |
|---|---|
| By: */s/ Marc E. Kasowitz* <br> Marc E. Kasowitz <br> Andrew L. Schwartz <br> Joshua E. Roberts <br> Jillian R. Roffer <br><br> 1633 Broadway <br> New York, New York 10019 <br> Tel: (212) 506-1700 <br><br> *Attorneys for Plaintiffs* | By: */s/ Jennifer Sokoler* <br> Anton Metlitsky <br> Jennifer Sokoler <br><br> 1301 Avenue of the Americas <br> 17th Floor <br> New York, NY 10019 <br> Tel: (212) 326-2000 <br><br> *Attorneys for Defendant Barnard College* |