UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STUDENTS AGAINST ANTISEMITISM, INC., STANDWITHUS CENTER FOR LEGAL JUSTICE, MILES RUBIN, DANIELLA SYMONDS, ERIN MCNULTY, NOAH MILLER, VALERIE GERSTEIN, KATIANA ARYEH, LAURA BELLOWS, LEMONY DAVID, JOHN DOE, CHAYA DROZNIK, LEO ELKINS, SAMUEL FRIEDMAN, MAYA GAL, AYELET GLASER, MICHAEL GROSS, JARED HARNICK, GABRIEL KAHANE, TALIA KESSELMAN, ELI MIZRAHI-AKS, OMER NAUER, AMIEL NELSON, GABRIEL NELSON, MOLLY NELSON, MARC NOCK, AVA QUINN, TALIA RABBAN, JANE ROE, SOPHIE RUKEYSER, ALIZA RUTTENBERG, EMILY SANDLER, ANDREW STEIN, JONATHAN SWILL, RAFAEL VANUNO, XAVIER WESTERGAARD, EDEN YADEGAR, and LILY ZUCKERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, and BARNARD COLLEGE,<br><br>Defendants. | Case No. 1:24-cv-01306-VSB-SN<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO BARNARD COLLEGE** |

PLEASE TAKE NOTICE that Plaintiffs Students Against Antisemitism, Inc., StandWithUs Center for Legal Justice, Miles Rubin, Daniella Symonds, Erin McNulty, Noah Miller, Valerie Gerstein, Katiana Aryeh, Laura Bellows, Lemony David, John Doe, Chaya Droznik, Leo Elkins, Samuel Friedman, Maya Gal, Ayelet Glaser, Michael Gross, Jared Harnick,

Gabriel Kahane, Talia Kesselman, Eli Mizrahi-Aks, Omer Nauer, Amiel Nelson, Gabriel Nelson, Molly Nelson, Marc Nock, Ava Quinn, Talia Rabban, Jane Roe, Sophie Rukeyser, Aliza Ruttenberg, Emily Sandler, Andrew Stein, Jonathan Swill, Rafael Vanuno, Xavier Westergaard, Eden Yadegar, and Lily Zuckerman, (collectively "Plaintiffs"), and Defendant Barnard College ("Barnard") have reached a settlement as to all claims at issue in this case asserted against Barnard only. Accordingly, Plaintiffs, by their undersigned attorneys, hereby voluntarily dismiss their claims with prejudice against Barnard only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 8, 2025                                            Respectfully,

*/s/ Marc E. Kasowitz*
Marc E. Kasowitz
Andrew L. Schwartz
Joshua E. Roberts
Jillian R. Roffer

KASOWITZ LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Attorneys for Plaintiffs*