UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STUDENTS AGAINST ANTISEMITISM, INC., STANDWITHUS CENTER FOR LEGAL JUSTICE, MILES RUBIN, DANIELLA SYMONDS, ERIN MCNULTY, NOAH MILLER, VALERIE GERSTEIN, KATIANA ARYEH, LAURA BELLOWS, LEMONY DAVID, JOHN DOE, CHAYA DROZNIK, LEO ELKINS, SAMUEL FRIEDMAN, MAYA GAL, AYELET GLASER, MICHAEL GROSS, JARED HARNICK, GABRIEL KAHANE, TALIA KESSELMAN, ELI MIZRAHI-AKS, OMER NAUER, AMIEL NELSON, GABRIEL NELSON, MOLLY NELSON, MARC NOCK, AVA QUINN, TALIA RABBAN, JANE ROE, SOPHIE RUKEYSER, ALIZA RUTTENBERG, EMILY SANDLER, ANDREW STEIN, JONATHAN SWILL, RAFAEL VANUNO, XAVIER WESTERGAARD, EDEN YADEGAR, and LILY ZUCKERMAN,

                Plaintiffs,

v.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

                Defendant.

Case No. 1:24-cv-01306-VSB-SN

---

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4(b), Joshua E. Roberts, an attorney for Plaintiffs in the above-captioned action, hereby moves to withdraw his

appearance as an attorney of record.  Plaintiffs will continue to be represented by remaining counsel of record from Kasowitz LLP.

Dated: July 28, 2025                                           Respectfully,

*/s/ Joshua E. Roberts*
Joshua E. Roberts
Kasowitz LLP
1633 Broadway
New York, NY 10019
Tel.: (212) 506-1700
jroberts@kasowitz.com

*Attorneys for Plaintiffs*