**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| STUDENTS AGAINST ANTISEMITISM, INC., STANDWITHUS CENTER FOR LEGAL JUSTICE, MILES RUBIN, DANIELLA SYMONDS, ERIN MCNULTY, NOAH MILLER, VALERIE GERSTEIN, KATIANA ARYEH, LAURA BELLOWS, LEMONY DAVID, JOHN DOE, CHAYA DROZNIK, LEO ELKINS, SAMUEL FRIEDMAN, MAYA GAL, AYELET GLASER, MICHAEL GROSS, JARED HARNICK, GABRIEL KAHANE, TALIA KESSELMAN, ELI MIZRAHI-AKS, OMER NAUER, AMIEL NELSON, GABRIEL NELSON, MOLLY NELSON, MARC NOCK, AVA QUINN, TALIA RABBAN, JANE ROE, SOPHIE RUKEYSER, ALIZA RUTTENBERG, EMILY SANDLER, ANDREW STEIN, JONATHAN SWILL, RAFAEL VANUNO, XAVIER WESTERGAARD, EDEN YADEGAR, and LILY ZUCKERMAN, | Case No. 1:24-cv-01306-VSB-SN |
| Plaintiffs, | |
| v. | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Upon the reading and filing of the Motion to Withdraw Appearance for Joshua E. Roberts, it is:

2

ORDERED, that, pursuant to Rule 1.4(b) of the Local Rules of the Southern District of New York, Joshua E. Roberts is hereby permitted to withdraw as counsel of record for Plaintiffs;

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Joshua E. Roberts as counsel of record for Plaintiffs;

ORDERED, that Joshua E. Roberts shall be removed from all electronic and other service lists in the Court's records for this matter.

**IT IS SO ORDERED.**

Dated: _____, 2025                    _____