UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
STUDENTS AGAINST ANTISEMITISM, :
INC., *et al.*, :
:
                        Plaintiffs, :     24-CV-1306 (VSB) (SN)
:
        - against - :     **ORDER**
:
THE TRUSTEES OF COLUMBIA :
UNIVERSITY IN THE CITY OF NEW :
YORK, *et al.*, :
:
                      Defendants. :
:
----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The Amended Complaint in the above-captioned case brings claims against Defendants The Trustees of Columbia University in the City of New York and Barnard College only. (*See* Doc. 39.) Accordingly, the Clerk of Court is respectfully directed to terminate Defendant Trustees of Barnard College from the docket.

      On July 8, 2025, Plaintiffs filed a notice of voluntary dismissal of all claims with prejudice against Defendant Barnard College pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the motion to dismiss filed by Barnard College at Doc. 64 is DENIED AS MOOT. The Clerk of Court is respectfully directed to terminate Doc. 64.

SO ORDERED.

Dated:     September 12, 2025
             New York, New York

                                              Vernon S. Broderick
                                              United States District Judge