UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
:
STUDENTS AGAINST ANTISEMITISM, : Case No. 1:24-cv-01306-VSB-SN
INC., STANDWITHUS CENTER FOR :
LEGAL JUSTICE, MILES RUBIN, :
DANIELLA SYMONDS, ERIN : **NOTICE OF VOLUNTARY**
MCNULTY, NOAH MILLER, VALERIE : **DISMISSAL**
GERSTEIN, KATIANA ARYEH, LAURA :
BELLOWS, LEMONY DAVID, JOHN :
DOE, CHAYA DROZNIK, LEO ELKINS, :
SAMUEL FRIEDMAN, MAYA GAL, :
AYELET GLASER, MICHAEL GROSS, :
JARED HARNICK, GABRIEL KAHANE, :
TALIA KESSELMAN, ELI MIZRAHI-AKS, :
OMER NAUER, AMIEL NELSON, :
GABRIEL NELSON, MOLLY NELSON, :
MARC NOCK, AVA QUINN, TALIA :
RABBAN, JANE ROE, SOPHIE :
RUKEYSER, ALIZA RUTTENBERG, :
EMILY SANDLER, ANDREW STEIN, :
JONATHAN SWILL, RAFAEL VANUNO, :
XAVIER WESTERGAARD, EDEN :
YADEGAR, and LILY ZUCKERMAN, :
:
:
            Plaintiffs, :
:
    v. :
:
THE TRUSTEES OF COLUMBIA :
UNIVERSITY IN THE CITY OF NEW :
YORK, :
:
            Defendant. :
:
------------------------------------------------------- X

PLEASE TAKE NOTICE that Plaintiffs, other than Daniella Symonds, Erin McNulty, and Eden Yadegar, hereby voluntarily dismiss their claims with prejudice against Defendant Trustees of Columbia University in the City of New York pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 3, 2026            Respectfully,

                                               */s/ Marc E. Kasowitz*
                                               Marc E. Kasowitz
                                               Andrew L. Schwartz
                                               Jillian R. Roffer

                                               KASOWITZ LLP
                                               1633 Broadway
                                               New York, New York 10019
                                               Tel: (212) 506-1700

                                               *Attorneys for Plaintiffs*
                                               *Students Against Antisemitism, Inc., StandWithUs Center For Legal Justice, Miles Rubin, Noah Miller, Valerie Gerstein, Katiana Aryeh, Laura Bellows, Lemony David, John Doe, Chaya Droznik, Leo Elkins, Samuel Friedman, Maya Gal, Ayelet Glaser, Michael Gross, Jared Harnick, Gabriel Kahane, Talia Kesselman, Eli Mizrahi-Aks, Omer Nauer, Amiel Nelson, Gabriel Nelson, Molly Nelson, Marc Nock, Ava Quinn, Talia Rabban, Jane Roe, Sophie Rukeyser, Aliza Ruttenberg, Emily Sandler, Andrew Stein, Jonathan Swill, Rafael Vanuno, Xavier Westergaard, and Lily Zuckerman*