**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

STUDENTS AGAINST ANTISEMITISM, INC.,
et al.,

                           **Plaintiffs,**

              **-against-**

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, et al.,

                         **Defendants.**
-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** ___ 3/31/2026 ___

**24-CV-1306 (VSB)(SN)**

**SETTLEMENT CONFERENCE**
**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      The settlement conference scheduled for Monday, April 13, 2026, is RESCHEDULED for Friday, May 1, 2026, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Friday, April 24, 2026. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                _____
                                      SARAH NETBURN
                                      United States Magistrate Judge

DATED:      March 31, 2026
              New York, New York