**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

gtenzer@heckerfink.com

May 15, 2026

**VIA CM/ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

> Re:    *Students Against Antisemitism, Inc. et al. v. Trustees of Columbia University in the City of New York et al.*, No. 24 Civ. 1306 (S.D.N.Y.)

Dear Judge Netburn:

We write on behalf of Defendant Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action, pursuant to Rule 8 of Your Honor's Procedures for Cases Referred for Settlement and Rule I(B) of Your Honor's Individual Practices in Civil Cases, to respectfully request an adjournment of the June 1, 2026 settlement conference until June 25, 2026, or a date that works for the Court thereafter. Plaintiffs consent to this request.

In accordance with Your Honor's March 4, March 31, and April 17, 2026 orders, ECF 120, 123 & 125, the parties have been engaging in good-faith negotiations, and are continuing to make meaningful progress toward a resolution as a result. This is the parties' third request to adjourn the date of the settlement conference so that they may continue working productively towards a negotiated resolution of this action, and we expect it to be our last. The parties' prior requests were granted. ECF 123 & 125.

Respectfully submitted,

Gabrielle E. Tenzer

cc:    All counsel of record (via ECF)