**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

gtenzer@heckerfink.com

May 28, 2026

**VIA CM/ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

> Re:   *Students Against Antisemitism, Inc. et al. v. Trustees of Columbia University in the City of New York et al.*, No. 24 Civ. 1306 (S.D.N.Y.)

Dear Judge Netburn:

We write on behalf of Defendant Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action to inform the Court that the parties have reached a settlement and intend to file a notice of voluntary dismissal shortly. Pursuant to Rule 8 of Your Honor's Procedures for Cases Referred for Settlement and Rule I(B) of Your Honor's Individual Practices in Civil Cases, we respectfully request the cancellation of the June 25, 2026 settlement conference. Plaintiffs consent to this request.

Respectfully submitted,

Gabrielle E. Tenzer

cc:   All counsel of record (via ECF)