**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

STUDENTS AGAINST ANTISEMITISM,
INC., STANDWITHUS CENTER FOR LEGAL
JUSTICE, MILES RUBIN, DANIELLA
SYMONDS, ERIN MCNULTY, NOAH
MILLER, VALERIE GERSTEIN, KATIANA
ARYEH, LAURA BELLOWS, LEMONY
DAVID, JOHN DOE, CHAYA DROZNIK,
LEO ELKINS, SAMUEL FRIEDMAN, MAYA
GAL, AYELET GLASER, MICHAEL GROSS,
JARED HARNICK, GABRIEL KAHANE,
TALIA KESSELMAN, ELI MIZRAHI-AKS,
OMER NAUER, AMIEL NELSON, GABRIEL
NELSON, MOLLY NELSON, MARC NOCK,
AVA QUINN, TALIA RABBAN, JANE ROE,
SOPHIE RUKEYSER, ALIZA RUTTENBERG,
EMILY SANDLER, ANDREW STEIN,
JONATHAN SWILL, RAFAEL VANUNO,
XAVIER WESTERGAARD, EDEN
YADEGAR, and LILY ZUCKERMAN,

        *Plaintiffs,*

        v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,

        *Defendant.*

Case No. 1:24-cv-1306 (VSB) (SN)
(S.D.N.Y)

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Erin McNulty, Daniella Symonds, and Eden Yadegar voluntarily dismiss the

above-captioned action with prejudice as against Defendant The Trustees of Columbia University

in the City of New York pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
     June 2, 2026

Respectfully submitted,

Susan Greene
sgreene@holtzmanvogel.com
John Cycon
jcycon@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
2300 N St. NW, Suite 643
Washington, D.C. 200037
Phone: (202) 737-8808


*Counsel for Plaintiffs Daniella Symonds,
Erin McNulty, and Eden Yadegar*